IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| Abe P. Rand, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Case No. 11-0192-CV-W-JTM |
| | ) | |
| Michael J. Astrue, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

On Friday, June 1, 2012, the Court heard oral argument on the *Plaintiff's Social Security Brief*, filed December 6, 2011 [Doc. 13] and the *Brief For Defendant,* filed February 16, 2012 [Doc. 16]. After due consideration of the issues, and for the reasons set forth on the record before the Court at the conclusion of the argument, it is

**ORDERED** that the decision of the Commissioner is **AFFIRMED**.

　　　　　　　　　　　　　　　　　　　　　　　　　 */s/ John T. Maughmer*　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　**JOHN T. MAUGHMER**
　　　　　　　　　　　　　　　　　　　　　　　　　**U. S. MAGISTRATE JUDGE**